Exhibit A



RECEIVED AND RETURNED
Civil Clerk's Office

DEC 08 2017

Superior Court of the
District of Columbia
Washington, D.C.

17 - 0 0 0 8 108

**IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA**

RICHARD O. AFOLABI-BROWN
                    Plaintiff

V.

ALBERT C. COOMBS, DDS
                    AND
WASHINGTON DENTAL STUDIO, et.al
                    AND
CASSANDRA K. WRIGHT, DDS
                    AND
UNITY HEALTHCARE SYSTEMS, et.al
                    AND
DC MEDICAID REIMBURSEMENT GRP
                    Defendants

*hand-written annotations in right margin:*
96360 8 Fountain Valley Drive
Montgomery Village MD 20886

* Unassigned case No.
* 7826 Eastern Ave, NW
  WDc 20012
* 7826 Eastern Ave, NW
  WDc 20012
* Unity Health Care — Parkside
  Address unknown
* 40 Patterson Street NE
  WDc
* Address unknown

**********************************************************************

### CIVIL LAWSUIT

COMES NOW, Richard O. Afolabi-Brown currently filing Pro Se pending the obtainment of an attorney service, but in order to preserve this Plaintiff's Rights before the expiration of the Statute of Limitation (12/09/2017), thus states as follows;

1.      This case originated from trauma that plaintiff suffered under the care of dentist, **Albert C. Coombs, DDS** at The **Washington Dental Studio (WDS)**, located at 7826 Eastern Avenue, NW, Washington DC 20012, with telephone number (202)-723-2136, on the 9th of December 2014 that resulted in an emergency department visit from excessive bleeding, chest pain the plaintiff had experienced, following a referred visit and treatment at WDS and under the care of Albert C. Coombs. That, the Plaintiff was eventually admitted at the Shady Grove Adventist Hospital, Emergency Department, then later transferred to the Medstar Advanced Heart Failure Team at the Washington Hospital Center for further care.  That plaintiff was later seen by his primary care physician Dr. Priscilla Goldie at the Unity Healthcare System, for follow up, in accordance with the discharged instruction.

1

2.     That, the Plaintiff Had an obligatory and binding Contractual Relationship with the entity named UNITY HEALTH CARE SYSTEMS (UHCS) for a group medical Coverage, including treatment for which it gets its remuneration (Payments, Reimbursement etc), from the DISTRICT OF COLUMBIA, therefore obligated to perform accordingly. That the entity UHCS was contracted to provide such medical care in accordance with American Medical Association "Standard of Practice Protocol, to which it MUST be held.

3.     That, although plaintiff was specifically referred to Washington Dental Studio (WDS) by Dr. Cassandra K. Wright, DDS, as the general dentist with UHCS at the Parkside Unity Health Care Clinic to whom the plaintiff was referred from The Unity Health Care System (UHCS) in Upper Cardozo, for an emergency treatment for excruciating pain and swelling of the left upper part of his mouth, but according to information from Walker Jones Unity Health Clinic, where the plaintiff is registered as a patient, but whose in-house Dentist was out on a prolonged medical leave.

At the Upper Cardozo  the staff dentist for that day explored the plaintiff's mouth and diagnosed that there was an ***infection on tooth #15 (upper left )***, so the infected tooth cavity was cleaned out and treated with Antibiotics, as well as a placement of temporary filling. Plaintiff was then referred to Walter Brooks (endodontist) Dental clinic, for recommended Root Canal, in order to preserve the tooth. But since Walter brooks, which was outside of the Unity Health Care System, therefore requiring the plaintiff to pay out of pocket, One hundred and eighty ($180.00 +/-) for the recommended root canal, which was done  at their office, located at 2750 14th. Street, NW, Washington DC 20005. That  after evaluation and performance of a Root Canal, again, a temporary Crown was placed, to be replaced by a permanent one. But since the assigned dentist to Walker Jones was still out on a medical leave, plaintiff was referred to Parkside Unity Health Care Clinic, where plaintiff was seen and evaluated by Dr. Cassandra K. Wright at phone number (202)-388-8160, and was given a copy of the

X-Ray taken at Walter Brooks post root canal, with instruction to go back to Unity Health System for evaluation and the - *Capping of tooth #15 post Root Canal.*

That after further evaluation by, Dr. Cassandra Wright, she said they do not do that sort of crown at Parkside UHCS and said she usually sends patients with DC Medicaid to Washington Dental Studio (WDS) again with a freshly done X-Ray for ONLY tooth#15 *for one purpose and **one purpose only, to place a permanent Crown on tooth #15.*** That the plaintiff who is a non-practicing, but a trained physician, that had worked with DC Department of Corrections for over 10 years, *had maintained a good dental hygiene and maintenance for over twenty to thirty plus years, and avoided the removal of ANY tooth, by paying highly for whatever is the needed procedure, that was recommended to preserve all his teeth, hence the various root canals, bridges, cruns etc, ALL in the hope of keeping his healthy teeth for life.*

That Plaintiff made an appointment at Washington Dental Studio, to see the Dentist on duty, which turned out to be Albert C. Coombs, but the scheduled was fully booked and plaintiff was told he could be placed on waiting list to receive a Call if anything opens up. That the plaintiff was called on Wednesday December 07, 2014 and told there was an opening, but only if he could get down there within the hour. Every possible attempt was made but due to the lack of parking, plaintiff spent that extra fifteen(15) minutes just going around in circle, looking for a parking spot, then ran in only to be told, that the first visit was really just to fill out patient information and **"sign the requisite authorization forms"**, which the plaintiff did, again specifying what the **Referral form clearly stated, to place a PERMANENT CROWN** on tooth #15, post root canal. The office assistant directed the plaintiff to fill out the checked items on the form that pertains to the reason for the visit, and this was specifically called to the attention of the office assistant, again alerting her that plaintiff was ONLY there for the permanent Crowning of tooth # 15, she said OK, *but to initial the checked areas,* just in case the dentist might have an emergency reason to do more procedures, but don't worry, it will be cleared before anything is done. So another appointment was made for Friday December 09, 2014 for the referral work to be done at 10;00 AM, and

3

plaintiff was again asked to be at the office by 9.30AM to allow for time to do X-Ray, which the plaintiff immediately corrected and  said would not be necessary, producing another copy of the X-Ray printed at Parkside and attached to the accompanying Referral form from Dr. Cassandra Wright, filed in patient's chart (folder).

3.      Plaintiff arrived at the clinic way ahead of time, given the parking experience of two days prior, and was seen at 9.-9:45 AM, and *again given a clipboard with a form attached, that was pre-signed by the plaintiff, except with more areas checked, which was again, brought to the office attendant's attention, as she noted and said "Don't worry, the doctor will only do what you were referred here for",* Within ten or fifteen minutes, plaintiff was called in by the dental assistant PAM (as she was constantly referred to) for X-Ray, *which the plaintiff again rebutted saying x-ray copy of the single tooth to be capped was already in the chart (besides, an extra copy was available that was copied by the plaintiff* given by Dr. Wright) a copy which was presented as proof for the planned procedure. She appeared befuddled, so plaintiff reiterated that the referral was for the capping of #15 ONLY, so when plaintiff told PAM that a recent panoramic view was done at Walker Jones UHCS, besides that plaintiff was there for ONLY one tooth, #15,  post root canal. She (PAM) excused herself to ask the dentist what to do within earshot, and he, *the dentist Albert C. Coombs, insisted that a complete Panoramic view was to be done , and  it was their office policy,* so plaintiff reluctantly acquiesced to the unusual but bizarre office policy, and PAM said it was to be taken, even  asked if that wouldn't entail more exposure to radiation?, and she retorted that the exposure was no more than staying out in the sun for 30 minutes...., which was hogwash and untruthful or maybe just an innocent ignorance from her.

        That Pam, the dental assistant proceeded to do the panoramic, then started to do more, *which from the plaintiff's point of view, would be excessive just to CAP one tooth,* again, it was the precise reason why Dr Cassandra Wright specifically said, you don't need further x-ray besides the one given to the plaintiff, which was clearly

4

communicated to the dentist by PAM, again within earshot, and he *(Albert Coombs)* *repeatedly told her she should perform the x-ray as she was taught, that it was the dentist prerogative, since the patient doesn't know what he needs.* This is from a dentist that had not even introduced himself to or speak with the patient, and to evaluate his reason for (that day's) visit to the dental office.. But again, respecting the professional opinion of the dentist, finally plaintiff stated that he was still objecting to it for reasons of too much exposure to Radiation., NO more x-rays was allowed by the plaintiff, but *by now, they had done approximately 35 x-rays, including various views beyond the panoramic, at the objection of the plaintiff, but the insistence of Albert C. Coombs,* which was strange, so plaintiff refused any further x-ray until after speaking with the dentist, who had not even opened the plaintiff's mouth to see what was going on. Shortly, thereafter Coombs walked in to the stall, from 2 or 3 other stalls and was immediately challenged as to the need for so many x-rays, if he was only at the office to cap tooth #15, post root canal; and already brought in his own x-ray.

.4.     That the young looking Dentist, *who was complimented by plaintiff, for being way too young, to be "HUSTLING" so hard, which he responded by saying "you gotta make that money..... babey when you can...."*, introduced himself as Dr. Coombs, as plaintiff jumps in, again, to say why he was at the clinic, strictly for the permanent CROWN placement, on #15. He finally opened plaintiff's mouth as if to reaffirm that he needed to completely re-evaluate patient whole mouth and dental history, which was already done at the Walker Jones UHCS, within 6 months, not based on any history, which the *plaintiff immediately objected to by raising his hand to allow him to speak, and by stating all over again, that he was ONLY there to cap tooth #15,* and that he plaintiff was shocked by the number of x-rays and eventual exposure to radiation that plaintiff was being subjected to, for NO apparent reason, that the exposure to the excessive radiations, avoidable and preventable !! . He stated, that "you are a patient, how do you know what you need?" to

5

which plaintiff replied that he was not there for any other procedures, except to cap #15. He proceeded anyway to plaintiff's amazement and shock as he continued, against repeated shaking of the head by the plaintiff, ignoring any further attempt to plead for him to stop, as *__he took out plaintiff's multiple expensively done bridges, gold and porcelain, caps and fillings of every make, which he said were old, but old and stable, he said,__* while justifying what he was hell bent on doing, with or without plaintiff's permission, and with objections raised ,.Once the plaintiff finally realized the sinister goal, plaintiff struggled for him to stop,so **he simply injected what appears to be an anaesthetic (possibly mixed with something, given the rapidity of its effect), that the plaintiff simply drifted off, again to sleep, as plaintiff woke up, to find the assistant coaxing him to initial, here, then here, then here, but groggily asked what am l initialling?? And she said to authorize the dentist to give more anaesthetics to relieve the  pain ,barely able to see,** and without my glasses on, she directed the plaintiff, again, to just initial this or that, as if being ask to authorize the treatment of an on-going traumatic damage, ONLY given a clipboard to initialize, felt like the grogginess on feels right after surgery, in the recovery room. Meanwhile he continued this unauthorized, illegal assaultive procedure as he struggled to take out a perfectly well grounded and stable healthy teeth including pre- and molars struggling so hard as to crack (loudly) waking the plaintiff up, to a facefull of grindings and a pool of blood, forcing the plaintiff to forcibly push back from this Sociopathic greedy Lunatic character, called Albert C. Coombs as he went from one stall to another (possibly 3-4 stalls) doing exactly the same thing as he *__claimed again, that he was giving DC Medicaid a fifty (50%) percent DISCOUNT!!, as if that was enough to justify the tremendous damage being done to the plaintiff,__* and possibly, others too. At the end of this TRAUMATIC NIGHTMARE, not only he did not cap tooth# 15 for which l was there, he gave me a **Bill, in between this groggy nightmare, for $12,000.00,** He said rather than be upset you should be grateful to him, for giving plaintiff a preapproved "DENTURES", so to get to that, he had to destroy so many good teeth,  just so he could make his money 'his quota of $150,000

6

a day as he jokingly referred to his hard work.., this Sociopath without an iota of feeling, just walked around unapologetic and freely, indicating he does this all the time, which was scary!! As plaintiff wondered how we got here, from caping one tooth?

Plaintiff's face was so numb, that words could not be formed, and was sleepily groggy and incoherent, but the disgust was apparent and palpable. He left for a moment and returned with what looked like a 'Template" for what l asked, he said to fit you for **"Dentures..." Dentures?, who the hell ask you for Dentures?** as he shved the so-called template down forcefully, tearing both sides of plaintiff's mouth as he screamed after realizing this dentist had just **unceremoniously whacked (taken) out most of plaintiff's' healthy teeth, just so he could bill DC MEDICAID.** The overall SHOCK was alarming,and embarrassing as plaintiff, sat dazed, with profuse bleeding, as he continued to find justification, while plaintiff pushed his hands off, forcibly, he just kept *saying you don't know what you need, l was giving you new dentures, and these "are to be paid for by DC Medicaid...*l will even give them a fifty percent (50%) discount ...so l said is that what this is about? He goes trust me, it's the best thing for you..."

At that time, plaintiff told him he was **committing a criminal act** , as he retorted,"so? what are you going to do, shoot me? (sounding as if he had done this to others before,  who may have threatened him, so most likely he had his own gun, for such protection)" confused and amazed, to which l said NO but l will report you to the Dental Board, as a Fraudulent greedy Lunatic, preying on unenlightened population!! How long have you been doing this nonsense at the expense of poor DC Medicaid patients. He goes, what are you talking about?, so still GROGGY , as l came out of the anaesthetic FOG, **l introduced myself as a physician, although currently non-practicing at the time but (by training), so yes l know what l am talking about, so he suddenly froze, with noticeable fear in his eyes.**

That was the first time he finally cowed, and regretfully, as he babbled on these nonsense, one after another to justify his actions to this plaintiff, who had repeatedly begged for him to stop as he, first protested for intentionally ***doing up to fifteen***

***procedures***, that he claimed was already approved by DC Medicaid, whose history of conservative approval of ONLY the most "necessary, and usually no more than 3 at a time! So to ***pre-approve, as he said as many as fifteen procedures*** on one patient, in one visit, especially, ones that were never asked for, was beyond good medical / Dental practice, tending on mis-management, MALPRACTICE, to becoming out right FRAUD, especially, while ignoring the ONLY reason for plaintiff's, which was TO CROWN TOOTH #15, that was NEVER DONE. Plaintiff continued to beg this Lunatic Sociopath to STOP, but didn't, as plaintiff was in too much pain, and just kept saying, he did not come for ALL these work, ***simply sent there to Cap toot #15***, so plaintiff continues to say **"I don't know if I was drugged to have slept through these much destruction to my mouth,"** in spite of the loud verbal protest, thinking maybe he had confused me with another patient, but it became obvious the he knew precisely what he was doing, ***strictly to make as much money from billing DC Medicaid*** (as at that time, the Washington Dental Studio was the only group accepting DC Medicaid for these sort of procedures, without paying out of pocket, as plaintiff later found out)

5.      That, after plaintiff's Nightmare laden Contact with Albert Coombs, and the subsequent hospitalization, *the plaintiff immediately went into DC Medicaid Office, to officially complain,* which to his surprise, they were already aware of it,  as she stated Are you the patient that "went Bad" she had knowledge of, and ready answers to plaintiff's complaints, as to why did you sign the authorization?, or those initials, which were obtained fraudulently. After atrocious response by my Contact at DC MEDICAID office  to Report what had just happened to plaintiff, speaking with someone with whom he had previously dealt with, only to find out that She was amazingly up to date on what had happened just a few days prior, that, as soon as plaintiff stated with passion to relate the Trauma he had been subjected to in the hands of WDS,  and in particularly, Albert Coombs, and the fact that he basically "went on a shopping spree in his mouth, which according to him, he had approval from  DC Medicaid, as *plaintiff begged*

*Medicaid to withhold the payment,* to investigate the issue with Washington Dental Studio for ALL the illegal procedure that plaintiff never requested, nor authorized, but he had failed to, place **the required CROWN on tooth #15,** for which plaintiff was there, on a "Referral", and was never done, this particular DC Medicaid supervisor, immediately began to blame plaintiff for already denied signing days prior, but a request for ALL these procedures? Doesn't that even remotely concern you?! As l retorted back that he only brought the so-called authorization papers to be initialized AFTER THE FACT, otherwise, WHY would an educated, sane person like this plaintiff, with Medical education background, and a degree in that field approve these destructive procedures by simply being told to initialize (given after recovering from what appeared to be an anaesthetic laced with something like propofol (was my last experience, feeling so sleepy) that l would approve ALL fifteen procedures?, when ALL l was there for, and referred for was, to CAP a single tooth, as l pressed on her to withhold payment pending their investigation, "***she goes, What investigation?" and just dismissed plaintiff, by saying that WDS and Albert Coombs had already been paid! In less than 3 days to a week?***, Why would Medicaid, the slowest reimbursing insurance Entity, give authorization for payment by simply submitting signatures?? (initialization) on their form. So, l asked How often does this happen?  Resisting approval for almost anything, just happened to authorize 15 procedures, on one patient, in one visit, and has been reimbursed in less than five (5) days - including the weekend?

That, it is so unusual for any agency of Government, and in particular DC MEDICAID? to pay an invoice almost less than 72 hours after its presentation?. Out of frustration the plaintiff started screaming, but he had not even capped the tooth for which the plaintiff had been referred, she just said, well, you can always go back to him to complete his work, what work? Really? Why would l get any closer to that "Sociopath, for further damage me?. She was so comfortable in discussing the Nightmare Scenario, just elaborated upon, and relaxed, nonchalant without Reservation, as to what the Plaintiff's concern was by attempting to report this to them (Medicaid) and called to

their attention. *It was then that the plaintiff realized,* **this was a scam, perpetrated through Medicaid,** *he  determined that some of the DC Medicaid Employees, MUST have been involved with this* **Albert Coombs' "$60 -$100, 150,000 Daily Haul of money!, To have approved it for such a rapid reimbursement, WHAO !!!** *This was probably being shared by a lot more people within the District of Columbia Government and beyond!!*

6.      That as a result of this traumatic experience, and with the callousness of the DC Medicaid supervisor, this plaintiff was SURE, there has to be an inside collusion and/or involvement, that even when plaintiff threatened to report this dentist Albert C. Coombs to the DENTAL BOARD, she just smiled and said go ahead! Of course, she was right, since plaintiff immediately filed an official complaint to a Board that includes some of the older dentist, who are now employing your dentist to perform these atrocities, while protecting them from prosecution, and the law, using the rapid reimbursement, only meant, there are people inside the DC Medicaid offices, she was so indifferent to plaintiff's traumatic experience, and her lack of "CURIOSITY TO INVESTIGATE" the so-called DENTAL BOARD  just came back within a few weeks to  say they found nothing wrong with what he had done, since the prior authorization to do these extensive procedures were obtained by plaintiff's initialization obtained within 24 hours!!! Really? ***So, WHY would a sane, educated physician, with a referral for one procedure, turn around to suddenly authorize fifteen, destructive ones, then complain afterwards?*** Again, to plaintiff's amazement, the so-called Board could not even explain what investigative method they had used to determine this weird outcome and conclusion, particularly, if ALL the plaintiff went in to WDS and Albert Coombs for, was a permanent CROWN On tooth #15, only to end up with a twelve thousand dollars worth of procedures, oh with a 50% discount, only $6,000.00, which was, by the way quickly reimbursed within 72 hours (including weekend) Any efforts to try and get to any explanation to all these were thwarted , either by the DC DENTAL BOARD, the DC Medicaid office, even the newly established DC Attorney

General's (who was way too busy, acclimatizing to a newly created position and office) and the Mayor's office, with so cumbersome a process, that will be ignored anyway!!

7.      That the worse insult was yet to come, as the same tooth #15, which was NEVER capped, began to deteriorate, and the plaintiff returned to Unity Healthcare System that sent plaintiff to WDS and Albert C. Coombs in the first place, NOW refused to fix the problem they had created, and the reason they GAVE was that the repair and or capping procedure had **already been done and paid for**, and the plaintiff would have to wait between 6 months to a year, before any approval to fix the problem could be billed for by Dr. Patrick, the replacement dentist at the Walker Jones Clinic within The Unity Health Care Systems !, so she refused to do anything, saying "sorry, you got caught in a dilemma beyond what she could fix. That the plaintiff was directed to talk to someone at the DC Medicaid, which was done over and over with NO outcome, given the Narrative that was just given, which again the plaintiff was denied three times, while the tooth #15 rotted away from **Neglect** and **Indifference** by the Unity Health Care Systems.

        That the plaintiff went to several dentists outside of unity Health Care System, to inquire about ANY resolution and or recovery of the damage done by that Sociopath, Albert Coombs, and they ALL came back with 'DENTAL IMPLANTS" at a cost of at least $30,000. 00 to $75,000.00. Where on earth would anyone come up with that, particularly the plaintiff who was on a Medical Disability, with fixed income.

8.      That the plaintiff has since been seen by Dr. Cassandra Wright, and a few others from within the Unity Health Care Services, to which plaintiff has been registered with, the past 13 to 15 years. But with a simple complaint from the uncapped tooth #15, which has now become infected, but was constantly being rejected by ALL the dentists within the UNITY HEALTH CARE SYSTEM, so plaintiff was forced to pay out of pocket to various Dental offices, paying as little as $90.00 dollars to as much $300.00 with Dr.

11

Edward H Chappelle, Jnr. to estimates at the CLEAR CHOICE Proposal of
$35-50,000.00 to $50,000.00..

That plaintiff had met with Edward H. Chappelle, DDS whose office offered to
repair the damages caused by Albert Coombs, and WDS , and would  place plaintiff on a
payment plan, but only after paying the initial $20,000.00 with an excellent credit, only
to run into even more financial difficulties from other family issues that demanded
immediate action , including children four of them, in colleges at the same time and two
swimming competitively, hence must be registered with a swim team.

And other demand, including the death of plaintiff's Mother in Nigeria, whose
funeral he could not attend, due to travel and financial limitations. In the meantime,
ALL efforts to get UNITY  HEALTH CARE SYSTEMS (UHCS)  service assistance was
blocked by the REFUSAL TO AUTHORIZE by DC MEDICAID to which this plaintiff was
at its mercy. When each attempt to finally get rid of another upcoming periodontal
infection, which had to be paid for out of pocket, but was not approved by the same DC
MEDICAID that approved Albert Coombs to perform 15 procedures in one day, and
reimbursement in less than a week, NOW claims it is their policy to wait 6 month to a
year in order to approve further work on the tooth or anywhere near it, resulting in
severe and unnecessary PAIN AND SUFFERING due to no fault of the plaintiff, but in
whose the UNITY HEALTH CARE SYSTEM, who has a ***collateral and a fiduciary
responsibility to plaintiff*** to  ameliorate these problems, but has chosen to go the
route of DENIAL, CALLOUSNESS AND INTIMIDATION,  but it was their referral that
brought plaintiff in contact with WDS and Albert Coombs, as they UHCS continues to
deny this, and the plaintiff the essential access to solution costing thousands of dollars,
untenable to plaintiff on a fixed income.

Due to recurrent and persistent pain from infections, with rapidly worsening
periodontal erosion from recurrent infection around tooth #15, making chewing and
Nutritional stability, near Impossible, so the plaintiff was forced to have to constantly
argue or fight for service help, to relief the pain. Plaintiff, then, has been labelled "A
TROUBLEMAKER" at the Walker Jones Clinic, even when the issue is not dental, the

12

reputation, wrongfully and Maliciously created by some dental assistants, was becoming out-of-control, that a particular physician, named, Dr.Chioma Ihalete, who has created an environment of hostility, which was professionally brought to her attention, in respectful writing(which will be provided at the right time), which was intentionally mislabelled as "threatening to Dr. Chioma Ihalete, with whom l had some conflict, and wrote to but recently received a letter "BANNING" the plaintiff from coming into Walker Jones for any kind of treatment, in a place to which l had belonged for over 15 years. This was in BAD FAITH.

WHEREFORE, as a result of the aforementioned ABUSE and NEGLECT and possible FRAUD, the plaintiff is seeking restitution to help defray the cost of repair to the damages caused, with the CLAIMS filed against these entities, both individually and collectively, as being responsible for the life changing, Physical loss of several strong and well maintained teeth, with expensive Dental work, which the deranged Albert Coombs illegally removed, purely to further his FRAUDULENT goals.

That the plaintiff will later clarify the detail of his Claims through Amendments to all the entities listed as Defendants, after obtaining the services of an attorney, but for now, simply to protect the expiration of the statute of Limitation to file, acting as Pro Se.

Sincerely presented for your Review:

Richard O. Afolabi-Brown - PRO SE
% 8608 Fountain Valley Drive,
Montgomery Village MD 20886
Also
912 Southern Avenue, SE
Washington DC 20013
TEL: 202-471-0348

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that the foregoing legal action (LAWSUIT) has been sent on this ____, day of December, 2017, postage prepaid to the entities listed as defendants (and/or its agents), with possibility of anticipated future Amendment as may be needed.

Richard O. Afolabi-Brown - PRO SE
% 8608 Fountain Valley Drive,
Montgomery Village Maryland 20886
TEL: 202-471-0348

a.   Albert C. Coombs, DDS and/or his representatives (address TBD)

b.   Washington Dental Studio and/or its representatives (address TBD)

c.   Cassandra K. Wright, DDS and /or her representatives (address TBD)

d.   Unity Health care Systems and /or its representatives (address TBD)

e.   DC Medicaid Reimbursement office and/or its representatives (address TBD

14